

## UNITED STATES DISTRICT COURT
### DISTRICT OF MAINE

2025 DEC 10 P 3: 18

UNITED STATES OF AMERICA

v.

CODY SMITH

No. 1: 25-cr- 00189-SDN

### PRAECIPE FOR WARRANT

The United States requests that the Clerk of the Court issue a warrant, an indictment against the above-named defendant having been filed in the above-entitled case.

Date: November 10, 2025

/s/ Joel B. Casey
Assistant U.S. Attorney